<mark>FORM 26. Docketing Statement</mark>  Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-2100

**Short Case Caption:** Dinh v. United States

**Filing Party/Entity:** United States

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Court of Federal Claims | 22-725 | takings |

**Relief sought on appeal:** ☐ None/Not Applicable

The Court should affirm the decision of the Court of Federal Claims.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The Court of Federal Claims dismissed plaintiffs' takings claims concerning Congress's enactment of PROMESA for failure to state a claim under Rule 12(b)(6).

**Nature of judgment (select one):**   **Date of judgment:** 6/6/23

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

> To the extent that the Court of Federal Claims correctly determined that it possessed jurisdiction to entertain plaintiffs' takings claims, whether the Court properly dismissed the takings claims for failure to state a claim.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes  ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☐ No

If they were mediated, by whom?

> N/A

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

> Defendant-appellee does not believe that claimant-appellant is entitled to any relief requested. In addition, the decision of the Court of Federal Claims is based on legal determinations that are not subject to negotiation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> N/A

Date: 7/31/23   Signature: /s/ Nathanael B. Yale
Name: Nathanael B. Yale

Save for Filing