IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| JOHNATHAN H. DINH, DWIGHT D. JERECZEK, SANDY CHUAN-DINH, DEBORAH JERECZEK, STAN ELLIOT, RYAN TRAN, THANH NGA TRAN, WALTER NAHM, LAUREN NAHM, PAMELA PAYSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | No. 2023-2100 |
| UNITED STATES, | ) ) ) ) | |
| Defendant-Appellee. | ) | |

### DEFENDANT-APPELLEE'S RESPONSE TO PLAINTIFFS-APPELLANTS' MOTION TO MODIFY THE OFFICIAL CAPTION AND LEAVE TO FILE A CORRECTED BRIEF

Pursuant to Federal Circuit Rule 27(b), defendant-appellee, the United States, respectfully responds that it does not oppose plaintiffs-appellants' motion to modify the official caption to correct a clerical error in the spelling of "Stan Elliott," and for leave to file a corrected opening brief correcting that error. *See* ECF No. 16.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

PATRICIA M. McCARTHY
Director

<u>/s/ L. Misha Preheim</u>
L. MISHA PREHEIM
Assistant Director

<u>/s/ Nathanael B. Yale</u>
NATHANAEL B. YALE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel:    (202) 616-0464
Fax:    (202) 353-0461
Email:  nathanael.b.yale@usdoj.gov

September 20, 2023      *Attorneys for Defendant-Appellee*

# CERTIFICATE OF COMPLIANCE

1.  I hereby certify that the foregoing response complies with the Rules of this Court in that it contains 53 words including text, footnotes, and headings.  This is within the limit of 5,200 words set by Federal Rule of Appellate Procedure (FRAP) Rule 27(d)(2)(A).

2.  This brief complies with the typeface requirements of FRAP 32(a)(5) and the type style requirements of FRAP 32(a)(6).  The brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Nathanael B. Yale